**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

IVAN LEON BUSTILLOS                                                          PETITIONER

v.                                    CASE NO. 5:14CV00340 BSM

RAY HOBBS, Director of the
Arkansas Department of Correction                                      RESPONDENT

## ORDER

The proposed findings and recommendations submitted by United States Magistrate
Judge H. David Young have been received, along with the objections thereto.  After careful
review of those findings and recommendations, and a *de novo* review of the record, it is
concluded that the findings and recommendations should be, and hereby are, approved and
adopted in their entirety in all respects.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases
in the United States District Court, a determination must be made whether to issue a certificate
of appealability in the final order.  In § 2254 cases, a certificate of appealability may issue
only if the applicant has made a substantial showing of the denial of a constitutional right. 28
U.S.C. § 2253(c)(1)-(2).  As there is no issue on which petitioner has made a substantial
showing of a denial of a constitutional right, a certificate of appealability is denied.

IT IS SO ORDERED this 13th day of January 2015.

_____
UNITED STATES DISTRICT JUDGE